## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ERICK GATHERS,

                Plaintiff,

    v.

NORCROSS MARINE PRODUCTS, INC. dba
HAWKEYE,

                Defendant.

Case No. 1:19-cv-12328-IT

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Erick Gathers, hereby voluntarily dismiss with prejudice his claims against the Defendant, Norcross Marine Products, Inc.

Dated: November 26, 2019

Respectfully submitted,

/s/ Jason M. Leviton
Jason M. Leviton (BBO# 678331)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Fax: (617) 507-6020
jason@blockesq.com

*Counsel for Plaintiff Erick Gathers*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system on this 26th day of November, 2019.

/s/ Jason M. Leviton
Jason M. Leviton